**6UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 20-21704-CV-GRAHAM/REID

TRAVIS SMITH,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation [D.E. 6] on Movant's 28 U.S.C. § 2255 motion to vacate [D.E. 1].

**THIS MATTER** was assigned to the Honorable United States Magistrate Lisette M. Reid. On September 18, 2020, Magistrate Judge Reid issued a Report and Recommendation recommending that Movant's Motion be denied.[D.E. 6].

Pursuant to 28 U.S.C. § 636 and the Local Magistrate Rules of the Southern District of Florida, the Parties have 14 days after being served with a copy of the Report and Recommendation to serve and file written objections, if any, with the District Court.

On October 21, 2020, Movant filed objections to the Report [D.E. 9], and on October 30, 2020, the Government responded [D.E. 10].

## THE COURT'S RULING

After a careful review of the record, this Court affirms the Report and Recommendation over the Movant's objections. The Report and

1

Recommendation demonstrates an exhaustive review of the record and makes findings consistent with the law. Accordingly, it is hereby

**ORDERED AND AJUDGED** that United States Magistrate Judge Lisette M. Reid's Report and Recommendation [D.E. 6] is hereby **RATIFIED, AFFIRMED and APPROVED in its entirety**. It is further

**ORDERED AND AJUDGED** that Movant's motion to vacate is hereby **DISMISSED** as time-barred and no certificate of appealability shall issue.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of November, 2020.

>                           s/ Donald L. Graham_____
>                           DONALD L. GRAHAM
>                           UNITED STATES DISTRICT JUDGE

cc:   All counsel of record

Travis Smith
01492-104
Jesup Federal Correctional Institution
Inmate Mail/Parcels
2680 301 South
Jesup, GA 31599
PRO SE

Noticing 2255 U.S. Attorney
Email: usafls-2255@usdoj.gov